IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
SOUTHEASTERN DIVISION

| | | |
|---|---|---|
| Patricia Ann Goodale, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 3:10-cv-86 |
| | ) | |
| -vs- | ) | |
| | ) | **ORDER ADOPTING REPORT AND** |
| Experience Works, *formerly known as* | ) | **RECOMMENDATION** |
| Green Thumb, Edward Finch, and Arlys | ) | |
| Nielson, | ) | |
| | ) | |
| Defendants. | ) | |

The Court has received a Report and Recommendation from the Honorable Karen K. Klein, United States Magistrate Judge, pursuant to 28 U.S.C. § 636, recommending that Plaintiff's Complaint be dismissed without prejudice (Doc. #10).  No party has objected to the Report and Recommendation within the deadline provided in Local Rule 72.1(D)(3).

The Court has reviewed the Report and Recommendation along with the entire file and finds the magistrate judge's analysis is correct. The Court hereby adopts the Report and Recommendation in its entirety.  For the reasons stated therein, Plaintiff's Complaint is **DISMISSED WITHOUT PREJUDICE** for lack of subject matter jurisdiction.

    **IT IS SO ORDERED.**

    **LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated this 7th day of October, 2010.

                                                     */s/   Ralph R. Erickson*
                                                     Ralph R. Erickson, Chief Judge
                                                     United States District Court